# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| ACROTECH BIOPHARMA, LLC AND TOPOTARGET UK LTD., <br><br> Plaintiffs, <br><br> v. <br><br> FRESENIUS KABI USA, LLC AND FRESENIUS KABI ONCOLOGY LTD., <br><br> Defendants. | C.A. No. 18-1533-CFC |

## DISMISSAL ORDER

The Court, at the request of Acrotech Biopharma, LLC ("Acrotech") and TopoTarget UK Ltd. ("TopoTarget") (collectively "Plaintiffs") and Defendants Fresenius Kabi USA, LLC ("Fresenius LLC") and Fresenius Kabi Oncology Ltd. ("Fresenius Oncology") (collectively, "Defendants"), hereby issues the following Dismissal Order:

1. Each of Plaintiffs' claims against Defendants with respect to the patents-in-suit is hereby dismissed with prejudice.

2. Each of Defendants' counterclaims with respect to the patents-in-suit is hereby dismissed with prejudice.

3. Plaintiffs and Defendants are each to bear their own costs.

MEI 35085958v.1

4.  The Court retains jurisdiction to enforce this Order and the terms of the parties' settlement agreement.

IT IS SO ORDERED, this 2nd day of December, 2020.

_____
UNITED STATES DISTRICT JUDGE